# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3278

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Vernice Christian, | * | Western District of Arkansas. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: February 17, 2010
Filed: February 24, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Vernice Christian challenges the reasonableness of the twelve-month, within-Guidelines-range sentence that the District Court[1] imposed upon revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (noting that revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)); see also 18 U.S.C. § 3583(e) (2006) (setting statutory maximum revocation

_____

[1] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

sentences and requiring that a court consider certain of the factors set forth in 18 U.S.C. § 3553(a) before imposing a revocation sentence); United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (noting that a district court need not make specific findings on the § 3553(a) factors in a revocation proceeding and that a revocation sentence within the Guidelines range is accorded a presumption of reasonableness).

We affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____